THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW GULLICKSON and ALEXANDRA GULLICKSON, husband and wife and the marital community composed thereof,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C20-1630-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of dismissal (Dkt. No. 24). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties request that the Court enter a proposed order filed with their stipulation. The parties have stipulated to dismissing all claims with prejudice brought by Alexandra Gullickson and the stipulation is signed by all parties who have appeared. (*See* Dkt. No. 58.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is self-executing. All claims in this action brought by Alexandra Gullickson are DISMISSED with

prejudice, without costs to any party.

DATED this 2nd day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk