THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW GULLICKSON, | CASE NO. C20-1630-JCC |
| Plaintiff, | MINUCE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A two-day bench trial is scheduled for March 14, 2022. The proceeding will commence at 9:30 a.m. in Courtroom 16206. The Court will address the Government's motion *in limine* (Dkt. No. 32) that morning. The parties must provide any updated witness and exhibit list, (*see* Dkt. No. 36 at 4–9), to the Court no later than the Friday before trial. The parties are further ORDERED to provide the Court with proposed findings of fact and conclusions of law that same day.

The parties are directed to review the Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures#coughenour. Any party intending to utilize the courtroom A/V equipment must contact the Gabriel Traber, the Courtroom Deputy, at Gabriel_Traber@wawd.uscourts.gov, to arrange a training session.

MINUTE ORDER
C20-1630-JCC
PAGE - 1

DATED this 25th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk