District Judge John C. Coughenour
Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW GULLIKSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CASE NO. 2:20-cv-01630-JCC-TLF

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL

NOTED FOR CONSIDERATION:
March 2, 2022

**JOINT STIPULATION**

The parties, by and through the undersigned counsel of record, jointly provide notice that this matter has settled. Accordingly, the parties hereby stipulate that the matter be dismissed <u>with prejudice</u>, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, whether or not actually asserted to date, without cost to either party. The parties further request that this Court retain jurisdiction over the matter for sixty (60) days from order of dismissal to allow either party to reopen the case should settlement not be perfected.

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
2:20-cv-01630-JCC-TLF - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | DATED this 2nd day of March, 2021.

3 | NICHOLAS W. BROWN  *s/ Douglas R. Shepherd*
United States Attorney  DOUGLAS R. SHEPHERD, WSBA No. 9514
  SHEPHERD & ALLEN
*s/ Matt Waldrop*  2011 Young Street, Suite 202
MATT WALDROP, GA No. 349571  Bellingham, WA 98225
  Phone: 360-733-3773
*s/ Erin K. Hoar*  Email: dougshepherd@saalawoffice.com
ERIN K. HOAR, CA No. 311332
Assistant United States Attorneys  Attorney for Plaintiff
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov
Email:  erin.hoar@usdoj.gov

Attorneys for United States of America

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
2:20-cv-01630-JCC-TLF - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The Court, having reviewed the stipulation of the parties, hereby **ORDERS** that this action be dismissed with prejudice and without costs or fees to either party. The Court shall retain jurisdiction for sixty (60) days. In the event settlement is not perfected in that timeframe, either party may move to reopen the case.

DATED this 2nd day of March 2022.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
2:20-cv-01630-JCC-TLF - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970